UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN BROWN, | : |
| Plaintiff, | : Civ. No. 14-6391 (KM) (JBC) |
| v. | : |
| MELISSA CANTINERI, | : **MEMORANDUM AND ORDER** |
| Defendant. | : |

Plaintiff, Steven Brown, is a pretrial detainee currently detained at the Passaic County Jail in Paterson, New Jersey. He is proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. On July 13, 2015, this Court screened Mr. Brown's amended complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). The amended complaint was dismissed without prejudice in part and with prejudice in part. Mr. Brown was given thirty days in which to submit a proposed second amended complaint that addressed the deficiencies of the claims in his amended complaint that were dismissed without prejudice.

Subsequently, Mr. Brown submitted an application for an extension of time to file a proposed second amended complaint. (*See* Dkt. No. 8) Good cause being shown, Mr. Brown's application for an extension of time to submit a proposed second amended complaint will be granted. Should Mr. Brown submit a proposed second amended complaint, it shall be subject to screening. Should Mr. Brown choose not to submit a proposed second amended complaint in this action, then this action will remain closed.

Accordingly, IT IS this 13th day of January, 2016,

ORDERED that plaintiff's application for an extension of time to file a proposed second amended complaint (Dkt. No. 8) is granted; and it is further

2

ORDERED that plaintiff may file a proposed second amended complaint that will be subject to screening within thirty (30) days of the date of this Order.

_____
KEVIN MCNULTY
United States District Judge